

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SCHUERHOLZ,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, et al.,<br><br>    Defendants. | CASE NO. C00-967C (BJR)<br><br>ORDER OF REFERENCE |

The Ministerial Conference of the World Trade Organization ("WTO") was held in Seattle, Washington from November 30, 1999 through December 3, 1999. During that time, thousands of people participated in demonstrations protesting WTO policies. This case is one of many arising from events surrounding the WTO conference.

To promote efficiency and consistency, the active judges of the Western District of Washington have decided to refer all pretrial matters for these "WTO cases" to the Honorable Barbara Jacobs Rothstein, United States District Judge. Judge Rothstein shall have the power to set and to amend all pretrial and trial schedules, and to rule upon any and all pretrial matters, including, without limitation, dispositive motions and motions for reconsideration. All future pleadings in this matter shall bear the following cause number and designation: **C00-967C (BJR) WTO Proceeding**. The name of the presiding judge, The Honorable John C. Coughenour, will remain in the upper-right corner of the first page of all pleadings.

ORDER OF REFERENCE – 1



1   SO ORDERED this 6th day of September, 2000.

_____
CHIEF UNITED STATES DISTRICT JUDGE

26  ORDER OF REFERRAL – 2