FILED 1-23-01 ENTERED
LODGED ___ RECEIVED
JAN 22 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

CC: TO JUDGE JK

COPY RECEIVED
01 JAN 12 PM 2:45
SEATTLE CITY ATTORNEY

Judge Coughenour

CERTIFICATE OF SERVICE
I certify, that I served via messenger a copy of the foregoing document to which this certificate is attached, to the attorneys of record of plaintiff, defendant, on the 11th day of January 10, 2001.
MUENSTER & KOENIG
By [signature]

FILED ___ ENTERED
LODGED ___ RECEIVED
JAN 12 2001 JK
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SCHUERHOLZ, | NO. C00-967C (BJR) |
| Plaintiff, | **WTO Proceeding** |
| v. | STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF |
| THE CITY OF SEATTLE, a municipal corporation, et al., | |
| Defendants. | |

## STIPULATION

COMES NOW the plaintiff, by and through her attorney, John R. Muenster, and the defendants, by and through their attorneys, Sean Sheehan, Ted Buck and Stephen Larson, and stipulate that the discovery completion date in the above-entitled action may be continued to January 31, 2001. In support of this stipulation, counsel for the parties present the following:

(1) Pursuant to LCR 16(f), the current discovery completion date is January 22, 2001.

STIPULATION AND ORDER - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

(2)  The first available date for the deposition of Norman Stamper is Friday, January 26, 2001.

(3)  The extension of time requested herein will facilitate the completion of the remaining depositions in this case.

DATED this the ___ day of January, 2001.

Respectfully submitted,

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: _____
TED BUCK
Attorney at Law
WSBA No. 22029

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

## ORDER

Based upon the foregoing stipulation, the Court finds that the continuance requested herein is appropriate. Accordingly, it is hereby ordered as follows:

The discovery completion date in this matter shall be January 31, 2001.

DATED this the 22nd day of January, 2001.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented by:

MUENSTER & KOENIG

By: *[signature]*
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: *[signature]*
TED BUCK
Attorney at Law
WSBA No. 22029

STIPULATION AND ORDER - 3

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 4

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101