Hon. John C. Coughenour

FILED / LODGED
MAR 27 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CC TO JUDGE
FILED / LODGED
MAR 29 2001
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA SCHUERHOLZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE,<br>a municipal corporation, et al.,<br><br>    Defendants. | NO. C00-967C (BJR)<br><br>**WTO Proceeding**<br><br>STIPULATION AND ORDER FOR RENOTING OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

## STIPULATION

COMES NOW plaintiff Dana Schuerholz, by and through her attorney, John R. Muenster, and the defendants, by and through their attorneys, Ted Buck and Sean Sheehan, and stipulate and agree as follows:

(1) Defendants have filed a motion for summary judgment. The motion is presently noted for the April 6, 2001 motion calendar;

STIPULATION AND ORDER - 1

MUENSTER & KOENIG
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

(2) The parties agree that defendants' motion may be renoted for the Friday, April 13, 2001 motion calendar in order to enable plaintiff's counsel to go on spring break vacation with his family March 29-April 7, 2001; and

(3) Pursuant to Local Civil Rule 7(b)(2), any response to be filed by plaintiffs to defendants' motion shall be due Monday, April 9, 2001.

DATED this the 26th day of March, 2001.

Respectfully submitted,

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: _____ WSBA #29595
TED BUCK
Attorney at Law
WSBA No. 22029

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 2

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

## ORDER

Based upon the foregoing stipulation, it is hereby ordered as follows:

(1) Defendants' motion for summary judgment is renoted for the April 13, 2001, motion calendar; and

(2) Any papers in opposition to the motion shall be filed on or before April 9, 2001.

DATED this the 28th day of March, 2001.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER - 3

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101

Presented by:

MUENSTER & KOENIG

By: _____
JOHN R. MUENSTER
WSBA No. 6237
Attorney at Law
Of Attorneys for Plaintiff

STAFFORD FREY COOPER

By: _____ WSBA #29555 fu
TED BUCK
Attorney at Law
WSBA No. 22029

SEATTLE CITY ATTORNEY'S OFFICE

By: _____
SEAN SHEEHAN
Assistant City Attorney
WSBA No. 6364

Of Attorneys for Defendants

STIPULATION AND ORDER - 4

**MUENSTER & KOENIG**
JOHN R. MUENSTER, INC., P.S.
999 THIRD AVE., SUITE 4100
SEATTLE, WASHINGTON 98104
(206)467-7500
FAX: (206)467-0101